UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DEONTE HOWARD,

    Petitioner,

                                    CASE NO. 5:16-cv-13131

v.

                                    HON. JOHN CORBETT O'MEARA

THOMAS MACKIE,

                                    MAG. ANTHONY P. PATTI

    Respondent.

_____

**Notice of Filing Rule 5 Materials**
**Index of Record**
**Certificate of Service**

**Notice**

TO:  793937 DEONTE HOWARD
       OAKS CORRECTIONAL FACILITY
       1500 CABERFAE HIGHWAY
       MANISTEE, MI 49660

PLEASE TAKE NOTICE that a copy of Rule 5 Material is being served upon the Clerk of the United States District Court for the Eastern District of Michigan, Southern Division, as set forth in the attached Index of Record.

Respectfully submitted,

BILL SCHUETTE
Attorney General

s/Andrea M. Christensen-Brown

Assistant Attorney General
Criminal Appellate Division
P.O. Box 30217
Lansing, MI  48909
(517) 373-4875
christensena1@michigan.gov
P71776

Dated: March 6, 2017

## Index of Record
5:16-cv-13131

1. Wayne County Register of Actions 10-005562-01-FJ
2. 05-26-2010 Preliminary Examination Transcript
3. 06-03-2010 Arraignment Transcript
4. 07-19-2010 Pretrial Transcript
5. 08-19-2010 Motion Transcript
6. 09-07-2010 Motion Transcript
7. 09-23-2010 Motion Transcript
8. 10-06-2010 Motion Transcript
9. 12-01-2010 Motion Transcript
10. 12-14-2010 Motion Transcript
11. 01-05-2011 Motion Transcript
12. 01-10-2011 Jury Trial Transcript
13. 01-11-2011 Jury Trial Transcript
14. 01-12-2011 Jury Trial Transcript
15. 01-13-2011 Jury Trial Transcript
16. 01-14-2011 Jury Trial Transcript
17. 01-18-2011 Jury Trial Transcript
18. 02-09-2011 Sentence Transcript
19. 04-22-2011 Pretrial Transcript
20. 05-09-2011 Jury Trial Transcript
21. 05-10-2011 Jury Trial Transcript
22. 05-11-2011 Jury Trial Transcript
23. 05-12-2011 Jury Trial Transcript
24. 05-27-2011 Sentence Transcript
25. Michigan Court of Appeals 311169
26. Michigan Supreme Court 150604

## Certificate of Service

I hereby certify that on March 6, 2017, I electronically filed the foregoing papers with the Clerk of the Court using the ECF system which will send notification of such filing to the following:

    HONORABLE JOHN CORBETT O'MEARA
    MAGISTRATE JUDGE ANTHONY P. PATTI

and I hereby certify that Cristina R. Dowker has mailed by United States Postal Service the papers to the following non-ECF participant:

    793937 DEONTE HOWARD
    OAKS CORRECTIONAL FACILITY
    1500 CABERFAE HIGHWAY
    MANISTEE, MI 49660

    Respectfully submitted,

    Bill Schuette
    Attorney General

    <u>s/Andrea M. Christensen-Brown</u>

    Assistant Attorney General
    Criminal Appellate Division
    P.O. Box 30217
    Lansing, MI  48909
    (517) 373-4875
    christensena1@michiga.gov
    P71776