THIRD JUDICIAL CIRCUIT OF MICHIGAN
# REGISTER OF ACTIONS
## CASE NO. 10-005562-01-FJ

| | | |
|---|---|---|
| State of Michigan v Deonte Howard | § § § § § § § § § | Location: Criminal Division <br> Judicial Officer: Morrow, Bruce U. <br> Filed on: 05/26/2010 <br> Case Number History: 10059500-01 <br> 10709648-01 <br> Case Tracking Number: 10709648-01 <br> CRISNET/Incident No.: 1004100306 <br> Transaction Control Number: DJ-10118913K |

### CASE INFORMATION

**Offense** | **Deg** | **Date** | **Case Type:** Juvenile Felonies
1. Homicide - Murder First Degree - Premeditated . 04/10/2010
   Arrest: 04/10/2010    DPHOM - Detroit Pd Homicide
2. Assault With Intent to Murder , 04/10/2010
   Arrest: 04/10/2010    DPHOM - Detroit Pd Homicide
3. Assault With Intent to Do Great Bodily Harm less . 01/18/2011
   Than Murder
4. Weapons Felony Firearm . 01/18/2011

Case Status: 02/09/2011 Final

Case Flags: Restitution
Case has PDF Electronic Transcripts

**Statistical Closures**
01/18/2011    Jury Verdict

**Warrants**
Failure To Appear - Howard, Deonte (Judicial Officer: Barthwell, Sidney, Jr. )
05/17/2010              Warrant Cancelled/Recalled (LC)
Fine:    $0
Bond:   $0

### PARTY INFORMATION

| | | Lead Attorneys |
|---|---|---|
| Plaintiff | State of Michigan | Leick, Angela Renee <br> (810) 623-2246(W) |
| Defendant | Howard, Deonte <br> *Black Male* <br> *SID: MI3423087E* | Moore, W. Frederick <br> *Retained* <br> (313) 948-0173(W) |
| Appellate Attorney | McCarthy, Michael J. | |
| | STATE APPELLATE DEFENDER OFFICE | |

| DATE | EVENTS & ORDERS OF THE COURT | INDEX |
|---|---|---|
| 05/15/2010 | Recommendation for Warrant | |
| 05/15/2010 | Warrant Signed | |
| 05/16/2010 | Order Waiving Juvenile From Family Div. to Criminal Div. | |
| 05/17/2010 | **Arraignment on Warrant** (Judicial Officer: Sherman, Millicent D) <br> *Defendant Stands Mute; Plea Of Not Guilty Entered By Court* | |
| 05/17/2010 | **Plea** (Judicial Officer: Sherman, Millicent D) <br> 1. Homicide - Murder First Degree - Premeditated <br> Defendant Stand Mute: Plea of Not Guilty Entered by Court | |
| 05/17/2010 | Plea (Judicial Officer: Sherman, Millicent D) <br> 2. Assault With Intent to Murder | |

**THIRD JUDICIAL CIRCUIT OF MICHIGAN**
## REGISTER OF ACTIONS
### CASE NO. 10-005562-01-FJ

Defendant Stand Mute: Plea of Not Guilty Entered by Court

| Date | Action | |
|---|---|---|
| 05/17/2010 | **Interim Condition for Howard, Deonte** (Judicial Officer: Barthwell, Sidney, Jr.)<br>- Remand<br>$0.00 | |
| 05/17/2010 | **Interim Condition for Howard, Deonte** (Judicial Officer: Sherman, Millicent D)<br>- Remand<br>$0.00 | |
| 05/17/2010 | **Interim Condition for Howard, Deonte** (Judicial Officer: Sherman, Millicent D)<br>- Remand<br>$0.00 | |
| 05/26/2010 | **Preliminary Examination** (Judicial Officer: Hansen, Katherine L)<br>    *05/26/2010    Reset by Court to 05/26/2010*<br>*Held: Bound Over* | |
| 05/26/2010 | Motion to Assign Counsel Filed/Signed | |
| 05/26/2010 | Bound Over | |
| 05/26/2010 | Order For Production Of Exam Transcript Signed and Filed<br>    *Beth Tomasi;05-26-10;0+1* | *88 pages* |
| 06/03/2010 | **Arraignment On Information** (Judicial Officer: Morrow, Bruce U.)<br>Resource: Court Rpt/Rec 5265 Allen, Sean<br>Resource: Courtroom Clerk C5954 Ulatowski, Mark<br>*Held* | |
| 06/03/2010 | **Disposition Conference** (Judicial Officer: Morrow, Bruce U.)<br>Resource: Court Rpt/Rec 5265 Allen, Sean<br>Resource: Courtroom Clerk C5954 Ulatowski, Mark<br>*Held* | |
| 06/03/2010 | **Calendar Conference** (Judicial Officer: Morrow, Bruce U.)<br>Resource: Court Rpt/Rec 5265 Allen, Sean<br>Resource: Courtroom Clerk C5954 Ulatowski, Mark<br>*Held* | |
| 06/03/2010 | **Final Conference** (Judicial Officer: Morrow, Bruce U.)<br>Resource: Court Rpt/Rec 5265 Allen, Sean<br>Resource: Courtroom Clerk C5954 Ulatowski, Mark<br>*Held* | |
| 06/03/2010 | Scheduled AOI | |
| 07/19/2010 | **Pre-Trial** (Judicial Officer: Morrow, Bruce U.)<br>Resource: Court Rpt/Rec 5265 Allen, Sean<br>Resource: Courtroom Clerk C5954 Ulatowski, Mark<br>*Held* | |
| 07/19/2010 | Motion (Judicial Officer: Morrow, Bruce U. )<br>    *for additional discovery is signed and filed* | |
| 07/19/2010 | Refer to Probation For Pre-Sentence Report (Judicial Officer: Morrow, Bruce U. ) | |
| 07/19/2010 | Motion to Suppress<br>    *Suppress out court ID* | |

THIRD JUDICIAL CIRCUIT OF MICHIGAN
# REGISTER OF ACTIONS
## CASE NO. 10-005562-01-FJ

| | | |
|---|---|---|
| 07/19/2010 | Motion To Show Cause | |
| | *Re: DMC Sinai Grace Hospital* | |
| 07/21/2010 | Motion | |
| | *Amend motion to suppress* | |
| 07/26/2010 | Motion To Quash Information | |
| | *First degree murder charge* | |
| 07/26/2010 | Motion | |
| | *Appointment of weapons expert* | |
| 07/28/2010 | **Motion Hearing** (Judicial Officer: Morrow, Bruce U.) | |
| | Resource: Court Rpt/Rec 5265 Allen, Sean | |
| | Resource: Courtroom Clerk C5954 Ulatowski, Mark | |
| | *Adjourned at the Request of the Prosecutor* | |
| 07/28/2010 | Motion (Judicial Officer: Morrow, Bruce U.) | |
| | *to show cause Detroit Medical Center is withdrawn* | |
| 08/19/2010 | **Motion Hearing** (Judicial Officer: Morrow, Bruce U.) | |
| | Resource: Court Rpt/Rec 5265 Allen, Sean | |
| | Resource: Courtroom Clerk C5954 Ulatowski, Mark | |
| | *Held* | |
| 08/19/2010 | Motion to Suppress (Judicial Officer: Morrow, Bruce U.) | |
| | *the line-up is heard and denied* | |
| 08/19/2010 | Motion To Quash Information (Judicial Officer: Morrow, Bruce U.) | |
| | *as to the Murder first degree charge is heard and denied* | |
| 08/19/2010 | Motion (Judicial Officer: Morrow, Bruce U.) | |
| | *for production of transcripts of evidentiary hearing is granted* | |
| 08/19/2010 | *CANCELED* **Motion Hearing** | |
| | *Scheduling Error* | |
| 08/31/2010 | Motion To Compel | |
| | *For discovery* | |
| 09/07/2010 | **Motion Hearing** (Judicial Officer: Morrow, Bruce U.) | |
| | Resource: Court Rpt/Rec 5265 Allen, Sean | |
| | Resource: Courtroom Clerk C5954 Ulatowski, Mark | |
| | *To Compel Discovery and/or Dismiss Case* | |
| | *Held* | |
| 09/07/2010 | Motion (Judicial Officer: Morrow, Bruce U.) | |
| | *to compel additional discovery is granted. S/F* | |
| 09/07/2010 | Order (Judicial Officer: Morrow, Bruce U.) | |
| | *for substituted service is signed and filed* | |
| 09/07/2010 | Order (Judicial Officer: Morrow, Bruce U.) | |
| | *for interview of EMS/DFD medics is is signed and filed* | |
| 09/07/2010 | Order (Judicial Officer: Morrow, Bruce U.) | |

THIRD JUDICIAL CIRCUIT OF MICHIGAN
# REGISTER OF ACTIONS
## CASE NO. 10-005562-01-FJ

*for autopsy photos and toxicology report is signed and filed*

| | | |
|---|---|---|
| 09/13/2010 | Order (Judicial Officer: Morrow, Bruce U. ) | |
| | *third order for additional discovery is signed and filed.* | |
| 09/14/2010 | Motion to Dismiss | |
| | *Second motion* | |
| 09/23/2010 | **Motion Hearing** (Judicial Officer: Morrow, Bruce U.) | |
| | Resource: Court Rpt/Rec 5265 Allen, Sean | |
| | Resource: Courtroom Clerk C5954 Ulatowski, Mark | |
| | *Held* | |
| 09/23/2010 | Motion to Dismiss (Judicial Officer: Morrow, Bruce U. ) | |
| | *by defense. Is heard and denied* | |
| 09/23/2010 | Motion (Judicial Officer: Morrow, Bruce U. ) | |
| | *to adjourn trial date is heard and granted* | |
| 09/27/2010 | *CANCELED* **Jury Trial** | |
| | *discovery and evidence issues Adjourned at the Request of the Defense* | |
| 10/05/2010 | Bond | |
| | *To reduce* | |
| 10/06/2010 | **Motion Hearing** (Judicial Officer: Morrow, Bruce U.) | |
| | Resource: Court Rpt/Rec 5265 Allen, Sean | |
| | Resource: Courtroom Clerk C5954 Ulatowski, Mark | |
| | *Held* | |
| 10/06/2010 | Bond (Judicial Officer: Morrow, Bruce U. ) | |
| | *Motion to reduce bond is heard and granted. New bond is $500,000 / 10%* | |
| 10/06/2010 | **Interim Condition for Howard, Deonte** (Judicial Officer: Morrow, Bruce U.) | |
| | - 10% or Cash or Surety | |
| | $500,000.00 | |
| 11/22/2010 | Motion | |
| | *To order testing of the deceased's clothing and hair* | |
| 11/22/2010 | Motion | |
| | *to produce transcript of 9/23/10 at county expense granted* | |
| 12/01/2010 | **Motion Hearing** (Judicial Officer: Morrow, Bruce U.) | |
| | Resource: Court Rpt/Rec 5265 Allen, Sean | |
| | Resource: Courtroom Clerk C5954 Ulatowski, Mark | |
| | *Held* | |
| 12/01/2010 | **Interim Condition for Howard, Deonte** (Judicial Officer: Morrow, Bruce U.) | |
| | - 10% or Cash or Surety | |
| | $500,000.00 | |
| 12/06/2010 | Order (Judicial Officer: Morrow, Bruce U. ) | |
| | *Order for production of LIEN computer data base search* | |
| 12/07/2010 | Motion | |
| | *For production of witnesses* | |

THIRD JUDICIAL CIRCUIT OF MICHIGAN
# REGISTER OF ACTIONS
## CASE NO. 10-005562-01-FJ

| | |
|---|---|
| 12/14/2010 | **Motion Hearing** (Judicial Officer: Morrow, Bruce U.) <br> Resource: Court Rpt/Rec 5265 Allen, Sean <br> Resource: Courtroom Clerk C5954 Ulatowski, Mark <br> *Held* |
| 12/14/2010 | Motion (Judicial Officer: Morrow, Bruce U.) <br> *to provide witnesses for interview is granted. signed and filed.* |
| 12/16/2010 | Order (Judicial Officer: Morrow, Bruce U.) <br> *for substituted service is signed and filed* |
| 01/05/2011 | **Motion Hearing** (Judicial Officer: Morrow, Bruce U.) <br> Resource: Court Rpt/Rec 5265 Allen, Sean <br> Resource: Courtroom Clerk C5954 Ulatowski, Mark <br> *Held* |
| 01/05/2011 | Order (Judicial Officer: Morrow, Bruce U.) <br> *defense order for progress notes, daily docket sheets and warrants is granted, signed and filed* |
| 01/05/2011 | Order (Judicial Officer: Morrow, Bruce U.) <br> *to produce victims file is heard and denied, signed and filed* |
| 01/05/2011 | Order (Judicial Officer: Morrow, Bruce U.) <br> *for weapons expert is granted. signed and filed.* |
| 01/05/2011 | Motion in Limine <br> *filed;* |
| 01/07/2011 | Order (Judicial Officer: Morrow, Bruce U.) <br> *Order for substituted service and booking photograph and file of Donald Ingram is signed and filed* |
| 01/10/2011 | **Jury Trial** (Judicial Officer: Morrow, Bruce U.) <br> Resource: Court Rpt/Rec 5265 Allen, Sean <br> Resource: Courtroom Clerk C5954 Ulatowski, Mark <br> *In Progress* |
| 01/11/2011 | **Jury Trial in Progress** (Judicial Officer: Morrow, Bruce U.) <br> Resource: Court Rpt/Rec 5265 Allen, Sean <br> Resource: Courtroom Clerk C5954 Ulatowski, Mark <br> *In Progress* |
| 01/12/2011 | **Jury Trial in Progress** (Judicial Officer: Morrow, Bruce U.) <br> Resource: Court Rpt/Rec 5265 Allen, Sean <br> Resource: Courtroom Clerk C5954 Ulatowski, Mark <br> *In Progress* |
| 01/13/2011 | **Jury Trial in Progress** (Judicial Officer: Morrow, Bruce U.) <br> Resource: Court Rpt/Rec 5265 Allen, Sean <br> Resource: Courtroom Clerk C5954 Ulatowski, Mark <br> *In Progress* |
| 01/14/2011 | **Jury Trial in Progress** (Judicial Officer: Morrow, Bruce U.) <br> Resource: Court Rpt/Rec 5265 Allen, Sean <br> Resource: Courtroom Clerk C5954 Ulatowski, Mark <br> *In Progress* |

THIRD JUDICIAL CIRCUIT OF MICHIGAN

# REGISTER OF ACTIONS
## CASE NO. 10-005562-01-FJ

| | |
|---|---|
| 01/18/2011 | **Jury Trial in Progress** (Judicial Officer: Morrow, Bruce U.) <br> Resource: Court Rpt/Rec 5265 Allen, Sean <br> Resource: Courtroom Clerk C5954 Ulatowski, Mark <br> *Held* |
| 01/18/2011 | **Disposition** (Judicial Officer: Morrow, Bruce U.) <br>    2. Assault With Intent to Murder <br>       Not Guilty by Jury <br>    3. Assault With Intent to Do Great Bodily Harm less Than Murder <br>       Found Guilty by Jury <br>    4. Weapons Felony Firearm <br>       Found Guilty by Jury |
| 01/18/2011 | **Found Guilty By Jury** (Judicial Officer: Morrow, Bruce U.) <br>    *as to AGBH and Felony Firearm the jury was Hung as to count one Murder 1st degree* |
| 01/18/2011 | **Hung Jury** (Judicial Officer: Morrow, Bruce U.) <br>    *as to count one only* |
| 01/18/2011 | Refer to Probation For Pre-Sentence Report (Judicial Officer: Morrow, Bruce U.) |
| 02/02/2011 | *CANCELED* **Sentencing** <br>    *probation needs more time to generate pre Scheduling Error* |
| 02/09/2011 | **Sentencing** (Judicial Officer: Morrow, Bruce U.) <br> Resource: Court Rpt/Rec 5265 Allen, Sean <br> Resource: Courtroom Clerk C5954 Ulatowski, Mark <br> *Held* |
| 02/09/2011 | **Sentence** (Judicial Officer: Morrow, Bruce U.) <br>    3. Assault With Intent to Do Great Bodily Harm less Than Murder <br>       Prison Sentence <br>       Fee Totals: <br>          - Crime Victims Fee - (FEL)    130.00 <br>          - State Minimum Cost (FEL)    68.00 <br>       Fee Totals $    198.00 <br>       Consecutive, Count to each other <br>       State Confinement: <br>          Agency: Michigan Department of Corrections <br>          Effective 02/10/2011 <br>          Term: 23 Mo to 120 Mo |
| 02/09/2011 | **Sentence** (Judicial Officer: Morrow, Bruce U.) <br>    4. Weapons Felony Firearm <br>       Prison Sentence <br>       State Confinement: <br>          Agency: Michigan Department of Corrections <br>          Effective 02/09/2011 <br>          Term: 2 Yr to 2 Yr <br>          Credit for Time Served: 285 Days <br>       Consecutive, Count to each other |
| 02/09/2011 | Sentenced to Prison (Judicial Officer: Morrow, Bruce U.) |
| 03/16/2011 | Writ Of Habeas Corpus <br>    *is signed and filed* |

# THIRD JUDICIAL CIRCUIT OF MICHIGAN
## REGISTER OF ACTIONS
### CASE NO. 10-005562-01-FJ

| | |
|---|---|
| 04/04/2011 | *CANCELED* Pre-Trial<br>*Case Disposed/Order Previously Entered* |
| 04/22/2011 | **Pre-Trial** (Judicial Officer: Morrow, Bruce U.)<br>Resource: Court Rpt/Rec 5265 Allen, Sean<br>Resource: Courtroom Clerk C5872 Roberts, Belinda<br>*Held* |
| 04/25/2011 | *CANCELED* Jury Trial<br>*Adjourned: At The Request Of The Prosecution* |
| 05/09/2011 | **Jury Trial** (Judicial Officer: Morrow, Bruce U.)<br>Resource: Court Rpt/Rec 5265 Allen, Sean<br>Resource: Courtroom Clerk C5954 Ulatowski, Mark<br>*To commence at 8:30 a.m.*<br>*In Progress* |
| 05/10/2011 | **Jury Trial in Progress** (Judicial Officer: Morrow, Bruce U.)<br>Resource: Court Rpt/Rec 5265 Allen, Sean<br>Resource: Courtroom Clerk C5954 Ulatowski, Mark<br>*In Progress* |
| 05/11/2011 | **Jury Trial in Progress** (Judicial Officer: Morrow, Bruce U.)<br>Resource: Court Rpt/Rec 5265 Allen, Sean<br>Resource: Courtroom Clerk C5954 Ulatowski, Mark<br>*In Progress* |
| 05/12/2011 | **Jury Trial in Progress** (Judicial Officer: Morrow, Bruce U.)<br>Resource: Court Rpt/Rec 5265 Allen, Sean<br>Resource: Courtroom Clerk C5954 Ulatowski, Mark<br>*Held* |
| 05/12/2011 | Disposition (Judicial Officer: Morrow, Bruce U.)<br>  1. Homicide - Murder First Degree - Premeditated<br>    Found Guilty by Jury |
| 05/12/2011 | Refer to Probation For Pre-Sentence Report (Judicial Officer: Morrow, Bruce U.) |
| 05/12/2011 | Order For DNA Sample (Judicial Officer: Morrow, Bruce U.) |
| 05/27/2011 | **Sentencing** (Judicial Officer: Morrow, Bruce U.)<br>Resource: Court Rpt/Rec 5265 Allen, Sean<br>Resource: Courtroom Clerk C5954 Ulatowski, Mark<br>*Sentenced* |
| 05/27/2011 | **Sentence** (Judicial Officer: Morrow, Bruce U.)<br>  1. Homicide - Murder First Degree - Premeditated<br>    Prison Sentence<br>    Comment (State Fee of $68.00. Crime Victim Fee was already assessed. Restitution of $5,900.00)<br>    State Confinement:<br>      Agency: Michigan Department of Corrections<br>      Effective 05/27/2011<br>      Term: Natural Life<br>      Credit for Time Served: 382 Days |

# THIRD JUDICIAL CIRCUIT OF MICHIGAN
## REGISTER OF ACTIONS
### CASE NO. 10-005562-01-FJ

| Date | Event | Notes |
|---|---|---|
| 06/22/2011 | Order (Judicial Officer: Kenny, Timothy M.) *ORDER FOR EXTRAORDINARY FEES FOR INVESTIGATOR S/F* | |
| 02/21/2012 | Order For Production Of Trial And Sentence Transcript *sean allen 5/9,10,11,12/11 jt, 5/27/11 se* | |
| 02/21/2012 | Stenographer Certificate Required | |
| 03/01/2012 | Stenographers Certificate Filed *sean allen; 5/9,10,11,12/12; 5/27/11* | |
| 06/26/2012 | Notice of Transcript Filed *Sean Allen;05-09-11;E\*\** | Vol./Book 1 198 pages |
| 07/09/2012 | Notice of Transcript Filed *Sean Allen;05-10,11-11;E\*\** | Vol./Book 2 413 pages |
| 07/10/2012 | Notice of Transcript Filed *Sean Allen;05-12,27-11;E\*\** | Vol./Book 2 35 pages |
| 02/21/2012 | Appointment for Application for Leave to Appeal (Circuit) | |
| 03/26/2012 | Order For Production Of Transcript *sean allen 6/3/10 fc, 7/19/10, 4/22/11 pretrial, 8/19,9/7,23,10/6,12/1,14/10,1/5/11 mh, 1/10,11,12,13,14,18/11 jt, 2/9/11 se* | |
| 03/26/2012 | Stenographer Certificate Required | |
| 03/28/2012 | Stenographers Certificate Filed *sean allen; 2/9/11; 6/3/10; 7/19/10; 8/19/10; 9/7,23/10; 10/6/10; 12/1,14/10; 1/5/11; 4/22/11; 1/10,11,12,13,14,18/11* | |
| 04/02/2012 | Notice of Transcript Filed *Sean Allen;08-19,09-23-10;E\*\** | Vol./Book 2 144 pages |
| 04/30/2012 | Notice of Transcript Filed *Sean Allen;01-11,12-11;E\*\** | Vol./Book 2 410 pages |
| 05/04/2012 | Notice of Transcript Filed *Sean Allen;01-13-11;E\*\** | Vol./Book 1 145 pages |
| 05/31/2012 | Notice of Transcript Filed *Sean Allen;6-3,7-19,9-7,10-6,12-1, 14-10,1-5,18,2-9,4-22-11;E\*\** | Vol./Book 10 155 pages |
| 06/06/2012 | Notice of Transcript Filed *Sean Allen;01-10-11;E\*\** | Vol./Book 1 218 pages |
| 07/13/2012 | Notice of Transcript Filed *Sean Allen;01-14-11;E\*\** | Vol./Book 1 5 pages |

# THIRD JUDICIAL CIRCUIT OF MICHIGAN
## REGISTER OF ACTIONS
### CASE NO. 10-005562-01-FJ

| | | |
|---|---|---|
| 05/31/2012 | Motion | |
| | *motion and order to reinstate claim of appeal granted.* | |
| 06/26/2012 | Appointment for Claim of Appeal (Circuit) | |
| 08/23/2012 | Motion | |
| | *Motion to Modify Order of Restitution* | |
| 08/27/2012 | Order (Judicial Officer: Morrow, Bruce U. ) | |
| | *THE MOTION TO MODIFY RESTITUTION AND OTHER COSTS AND FEES IS DENIED* | |
| 02/20/2014 | Order (Judicial Officer: Morrow, Bruce U. ) | |
| | *Per COA # 311169 Dated 2/12/14 The court orders that this case is HELD IN ABEYANCE pending a decision from the Michigan Supreme Court in People v. Dakotah Wolfgang Eliason SC# 146478, People v. Carp,SC# 146478, and People v.Davis, SC# 146819.* | |
| 05/30/2014 | Motion | |
| | *Motion to Impose Sentence of Life Without Parole* | |
| 10/21/2014 | Order (Judicial Officer: Morrow, Bruce U. ) | |
| | *Per COA # 311169 Dated 10/16/2014 We affirm the defendants convictions, but remand for resentencing pursuant to MCL 769.25(1)(b)(i).* | |
| 12/15/2014 | Filed | |
| | *Notice of filing Application for Leave to Appeal by Susan Meinberg of SADO* | |
| 07/22/2015 | Order (Judicial Officer: Morrow, Bruce U. ) | |
| | *Per Supreme Court order #150604 Dated 6/30/15. The application for leave to appeal the October 16, 2014 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should by reviewed by this court.* | |
| 04/06/2016 | Writ Of Habeas Corpus | |
| | *is signed and filed* | |
| 04/28/2016 | Post Conviction (Judicial Officer: Morrow, Bruce U.) | |
| | Resource: Court Rpt/Rec 01 Not On, Record | |
| | Resource: Courtroom Clerk C5954 Ulatowski, Mark | |
| | **04/29/2016    Reset by Court to 04/28/2016** | |
| | Held | |
| 04/28/2016 | Filed | |
| | *Case is currently in the Supreme Court* | |
| 05/05/2016 | *CANCELED* **Post Conviction** | |
| | *Adjourned:At The Request Of The Court* | |
| | **05/02/2016    Reset by Court to 05/05/2016** | |

| DATE | FINANCIAL INFORMATION | | |
|---|---|---|---|
| | Defendant Howard, Deonte | | |
| | Total Charges | | 6,166.00 |
| | Total Payments and Credits | | 1,766.29 |
| | Balance Due as of 12/15/2016 | | 4,399.71 |
| 02/10/2011 | Charge | Defendant Howard, Deonte | 198.00 |
| 07/21/2011 | Mail Payment    Receipt # 2011-15784 | Defendant Howard, Deonte | (227.60) |
| 09/22/2011 | Charge | Defendant Howard, Deonte | 38.40 |

# THIRD JUDICIAL CIRCUIT OF MICHIGAN
## REGISTER OF ACTIONS
### CASE NO. 10-005562-01-FJ

| Date | Action | Receipt | Party | Amount |
|---|---|---|---|---|
| 09/22/2011 | Mail Payment | Receipt # 2011-20200 | Defendant Howard, Deonte | (38.40) |
| 11/02/2011 | Charge | | Defendant Howard, Deonte | 5,900.00 |
| 04/03/2012 | Mail Payment | Receipt # 2012-07714 | Defendant Howard, Deonte | (148.40) |
| 07/05/2012 | Mail Payment | Receipt # 2012-15142 | Defendant Howard, Deonte | (128.78) |
| 10/26/2012 | Mail Payment | Receipt # 2012-22901 | Defendant Howard, Deonte | (110.02) |
| 08/06/2013 | Mail Payment | Receipt # 2013-15439 | Defendant Howard, Deonte | (101.70) |
| 01/23/2014 | Mail Payment | Receipt # 2014-01308 | Defendant Howard, Deonte | (110.77) |
| 05/15/2014 | Mail Payment | Receipt # 2014-09669 | Defendant Howard, Deonte | (105.84) |
| 02/28/2015 | Mail Payment | Receipt # 2015-17260 | Defendant Howard, Deonte | (105.38) |
| 05/20/2015 | Mail Payment | Receipt # 2015-44038 | Defendant Howard, Deonte | (115.00) |
| 12/22/2015 | Mail Payment | Receipt # 2015-108234 | Defendant Howard, Deonte | (105.45) |
| 02/15/2016 | Mail Payment | Receipt # 2016-12924 | Defendant Howard, Deonte | (100.00) |
| 06/06/2016 | Mail Payment | Receipt # 2016-46877 | Defendant Howard, Deonte | (264.45) |
| 11/14/2016 | Mail Payment | Receipt # 2016-96364 | Defendant Howard, Deonte | (104.50) |
| 12/14/2016 | Adjustment | | Defendant Howard, Deonte | 0.00 |