STATE OF MICHIGAN

IN THE THIRD CIRCUIT COURT FOR THE COUNTY OF WAYNE

THE PEOPLE OF THE STATE OF MICHIGAN

|  |  |
|---|---|
| v | Case Number |
|  | 10-5562-01 |

DEONTE HOWARD

                              Defendant.

_____/

ARRAIGNMENT ON THE INFORMATION

PROCEEDINGS HELD BEFORE THE HONORABLE BRUCE U. MORROW, Judge, Third Circuit Court, Detroit, Michigan, on June 3, 2010.

APPEARANCES:

        RAJ PRASAD P68519
        Assistant Prosecuting Attorney
        Wayne County Prosecutor's Office
        1441 St. Antoine
        Detroit, MI 48226
        (313) 224-6804

        SUSAN ROCK P34497
        Attorney for the Defendant.
        P.O Box 39287
        Redford MI 48239
        (313) 937-4444

SEAN E. ALLEN
Official Court Reporter
CSMR 5265
(313) 224-7044

TABLE OF CONTENTS

WITNESSES:  NONE.

EXHIBITS:  NONE.

```
1                    Detroit, Michigan.
2                    June 3, 2010.
3                    (At 10:20 a.m.)
4                    THE COURT:  This is 10 5562, People of the
5        state of Michigan versus Deonte Howard.  Your
6        appearances for the record, please.
7                    MR. PRASAD:  Good morning, your Honor.  Raj
8        Prasad for the People.
9                    MS. ROCK:  Your Honor, Susan Rock
10       representing Mr. Howard.  Good morning.
11                   THE COURT:  This is the arraignment on the
12       information.
13                   MS. ROCK:  We waive formal reading of the
14       information and stand mute, your Honor.
15                   THE COURT:  I'll enter a plea of not guilty
16       for Mr. Howard.  The transcript has been promised to be
17       here by the 28th of this month.  So, because we like to
18       save dates, why don't we save dates?  Can we save the
19       date of the 26th of September and set that for the trial
20       date?
21                   MR. PRASAD:  That's fine, sir, for trial.
22                   MS. ROCK:  September 26th, your Honor?
23                   THE COURT:  Yes.
24                   THE CLERK:  That's a Sunday.
25                   THE COURT:  I'm sorry, Mark?  You said what?
```

```
 1                    THE CLERK:  I said that's a Sunday.
 2                    THE COURT:  Oh.  Well, let's do it the
 3      Monday.
 4                    MS. ROCK:  Perfect, your Honor.
 5                    THE COURT:  That way we won't have to come
 6      on Sunday.
 7                    MS. ROCK:  But I am available on the 26th.
 8                    THE COURT:  We'll be grazing in the grass.
 9      And can we plan to come together one more time on -- Is
10      July the 12th, that Monday, an all right date to just
11      make sure everybody has what they need to have?
12                    MS. ROCK:  Your Honor, would it be okay if
13      we did that on the, am I -- If I say the 16th -- Because
14      I just happen to -- The 12th is my birthday and I'd like
15      to take that off, if I could.  And then the 13th, 14th
16      and 15th is kind of jammed.  Is the 16th okay with the
17      Court?
18                    THE COURT:  Ms. Rock if you want the 16th
19      because you're going to have, you know, a celebration
20      like no other, to celebrate your thirty-fourth
21      birthday--
22                    MS. ROCK:  (Interposing)  That's correct.
23                    THE COURT:  Then you can do that.
24                    MR. PRASAD:  Your Honor, I'm actually going
25      to be out of town that week.  I was going to ask the
```

1    Court if I could do it the week after.
2             THE COURT:  Since you're going to be
3    celebrating your thirty-third birthday, you certainly
4    can do that.  So, what date are we--
5             MR. PRASAD:  (Interposing)  Any day after
6    that week, sir.  I'm going to be back in town.
7             THE COURT:  Well, why don't the two of you
8    get together and just give me the date that both of
9    you'll be--
10            MR. PRASAD:  (Interposing)  Ms. Rock, any
11   day after that?
12            MS. ROCK:  The 19th?
13            MR. PRASAD:  19th.
14            MS. ROCK:  The 19th, your Honor.
15            MR. PRASAD:  Thank you.
16            THE COURT:  So, can we make sure we have the
17   witness list?  I want any and all discovery issues to be
18   settled.  I don't want any lingering, oh, well, we're
19   just submitting this.  Over and done.  I want you all to
20   be able, since it's seven weeks from now, to say if we
21   were available and you were available, we could do it
22   right now.
23            MS. ROCK:  Your Honor, I do have two orders
24   prepared, one for additional discovery and one for an
25   investigator so I can get on the stick with the case.

```
 1                    THE COURT:  What does the additional
 2      discovery ask for?  Oh.  It's like extra stuff.
 3                    MR. PRASAD:  Yes, your Honor.
 4                    THE COURT:  And some of it's some of the
 5      same stuff.  You don't care about it, do you?
 6                    MR. PRASAD:  I've reviewed it.  I was just
 7      going to say to the Court I've reviewed the whole
 8      request.  And I have no objection at this point.
 9                    THE COURT:  You would like some of that,
10      too, wouldn't you?
11                    MR. PRASAD:  Yes, sir.  In fact, I told Ms.
12      Rock that I'll to get some of that as well.
13                    THE COURT:  Anything else?
14                    MS. ROCK:  No, your Honor.  Not at this
15      time.
16                    MR. PRASAD:  Nothing.
17                    THE COURT:  Thank you.  Have a great day.
18                    MR. PRASAD:  Thank you, your Honor.
19                    MS. ROCK:  You, too, your Honor.
20                    (At 10:25 a.m. proceedings concluded.)
21
22
23
24
25
```

R E P O R T E R ' S   C E R T I F I C A T E

STATE OF MICHIGAN  )
                SS )
COUNTY OF WAYNE    )

       I, SEAN E. ALLEN, CSMR 5265, Certified Court Reporter acting in and for the Third Judicial circuit, Wayne County, State of Michigan, do hereby certify that the foregoing pages 1 through 7, inclusive, were reduced to typewritten form and comprise a true rendition of the proceedings taken in the above-entitled matter on June 3, 2010.

       I FURTHER CERTIFY THAT MY CERTIFICATION ANNEXED HERETO APPLIES ONLY TO THE ORIGINAL TYPEWRITTEN, SIGNED, CERTIFIED TRANSCRIPT.  THE UNDERSIGNED ASSUMES NO RESPONSIBILITY FOR THE ACCURACY OF ANY REPRODUCED COPIES NOT MADE UNDER MY CONTROL AND SUPERVISION.

                                _____
                                SEAN E. ALLEN -- CSMR 5265
                                Official Court Reporter.

DATED:  This 29th day of May 2012.