```
                    STATE OF MICHIGAN

       IN THE THIRD CIRCUIT COURT FOR THE COUNTY OF WAYNE

         THE PEOPLE OF THE STATE OF MICHIGAN


                 v                    Case Number
                                      10-5562-01


         DEONTE HOWARD

                                Defendant.

         _____/

                             PRETRIAL

           PROCEEDINGS HELD BEFORE THE HONORABLE BRUCE U. MORROW,

           Judge, Third Circuit Court, Detroit, Michigan, on

           July 19, 2010.

         APPEARANCES:

                       ATHINA SIRINGAS P35761
                       Assistant Prosecuting Attorney
                       Wayne County Prosecutor's Office
                       1441 St. Antoine
                       Detroit, MI 48226
                       (313) 224-6804

                       SUSAN ROCK P34497
                       Attorney for the Defendant.
                       P.O Box 39287
                       Redford MI 48239
                       (313) 937-4444


         SEAN E. ALLEN
         Official Court Reporter
         CSMR 5265
         (313) 224-7044
```

-1-

TABLE OF CONTENTS

WITNESSES: NONE.

EXHIBITS: NONE.

```
 1                    Detroit, Michigan.
 2                    July 19, 2010.
 3                    (At 10:27 a.m.)
 4                    THE COURT:  Step up, young Mr. Howard.  This
 5       is 10 5562, Deonte Howard.
 6                    MS. SIRINGAS:  May it please the Court,
 7       Athina Siringas, your Honor, appearing on behalf of the
 8       People.
 9                    MS. ROCK:  Your Honor, Susan Rock
10       representing Mr. Howard.  Your Honor, I have an order
11       that's been approved by the prosecutor who is handling
12       this case.
13                    MS. SIRINGAS:  Your Honor, I did have an
14       opportunity to review the order.  It is signed by Raj
15       Prasad, who is in fact the prosecutor assigned to this
16       case.
17                    THE COURT:  So, there's no forgery on the
18       part of Ms. Rock then?  Is that what you're trying to
19       say?
20                    MS. SIRINGAS:  I take Ms. Rock's word that
21       that's Mr. Prasad's signature, although I can't say that
22       I recognize his signature.  But I don't think--
23                    THE COURT:  (Interposing)  Hey, he would
24       have done better with just--
25                    MS. SIRINGAS:  (Interposing)  There's any
```

```
 1    issue about that.
 2              THE COURT:  Calling himself X and making an
 3    X.  One day he will want people to be able to read that.
 4    I dare him to write that on the back of a check to a new
 5    teller.  Okay.
 6              MS. SIRINGAS:  That's a good way to prevent
 7    forgery is I think by...
 8              THE COURT:  I've signed a few of them.
 9    Okay.  We still have our trial date, do we not?
10              MS. ROCK:  We do, your Honor.  I wanted to -
11    - I filed a motion to suppress the in-court, out-of-
12    court identification.  And I set it for the 28th just as
13    kind of a control date, but I don't know if that's good
14    for the Court.  When I talked to Mr. Prasad, he said
15    that any day next week is good.
16              THE COURT:  Are you available any day next
17    week?
18              MS. ROCK:  I'm available the 28th and the
19    30th.
20              THE COURT:  If it entails witnesses, will he
21    be able to get the witnesses here by the 28th?
22              MS. SIRINGAS:  Have you served, Ms. Rock,
23    have you served a copy of that on Mr. Prasad?
24              MS. ROCK:  Not personally.  I served it on
25    the 12th floor.  He was in a hurry and I was going to
```

```
 1    hand it to him.  Do you want me to give you a copy?
 2              MS. SIRINGAS:  I'll take a copy, but I don't
 3    know, as the Court asked, about witnesses, if it's going
 4    to be an actual--
 5              THE COURT:  (Interposing)  Are there going
 6    to be witness testimony?
 7              MS. ROCK:  Yes, your Honor.
 8              THE COURT:  Okay.  Well, then the 28th is
 9    good though.  Because that still gives you a week and a
10    half.  Today's only the 19th.
11              MS. SIRINGAS:  Yeah.  That should be fine,
12    your Honor.  Mr. Prasad is in trial in Judge Strong's.
13    So, I assume that he can get the witnesses.  And I'll
14    leave it on his desk.
15              THE COURT:  Okay.  Can we do that on the
16    21st [sic] then.  I'm sorry.
17              MS. SIRINGAS:  28th.
18              THE COURT:  28th.
19              MS. ROCK:  Your Honor, would you also defer
20    this case to the defendant's screening unit?
21              THE COURT:  Okay.  So, what is the
22    likelihood is he going to be able to do in terms of
23    bond?  Or is this just an academic exercise?
24              MS. ROCK:  Well, I need to talk to his
25    father, more specifically, if you would like that
```

1    answer.  So, would I be able to address that on the 28th
2    then and hopefully--
3                THE COURT:  (Interposing)  Yeah.  But, you
4    know, it's going to be a substantial bond.  So, a person
5    kind of knows if they have the wherewithal and the
6    ability to do that.  And, if not, it's just -- I mean,
7    they're down there.  They might as well do the
8    recommendation.  But, you know, is it still going to be
9    something that this young man couldn't reach with a
10   stepladder?
11               MS. ROCK:  That's what I need to investigate
12   then.
13               THE COURT:  Well, we'll refer it, you do the
14   investigation and we'll see where we are.
15               MS. ROCK:  Thank you, very much, your Honor.
16               THE COURT:  Thank you.
17               (At 10:30 a.m. proceedings concluded.)
18
19
20
21
22
23
24
25

R E P O R T E R ' S   C E R T I F I C A T E

STATE OF MICHIGAN  )
               SS  )
COUNTY OF WAYNE    )

        I, SEAN E. ALLEN, CSMR 5265, Certified Court Reporter acting in and for the Third Judicial circuit, Wayne County, State of Michigan, do hereby certify that the foregoing pages 1 through 7, inclusive, were reduced to typewritten form and comprise a true rendition of the proceedings taken in the above-entitled matter on July 19, 2010.

        I FURTHER CERTIFY THAT MY CERTIFICATION ANNEXED HERETO APPLIES ONLY TO THE ORIGINAL TYPEWRITTEN, SIGNED, CERTIFIED TRANSCRIPT.  THE UNDERSIGNED ASSUMES NO RESPONSIBILITY FOR THE ACCURACY OF ANY REPRODUCED COPIES NOT MADE UNDER MY CONTROL AND SUPERVISION.

                                      _____
                                      SEAN E. ALLEN -- CSMR 5265
                                      Official Court Reporter.

DATED:  This 29th day of May 2012.