STATE OF MICHIGAN

IN THE THIRD CIRCUIT COURT FOR THE COUNTY OF WAYNE

THE PEOPLE OF THE STATE OF MICHIGAN

       v               Case Number

                       10-5562-01

DEONTE HOWARD

            Defendant.

_____/

MOTION

PROCEEDINGS HELD BEFORE THE HONORABLE BRUCE U. MORROW, Judge, Third Circuit Court, Detroit, Michigan, on December 14, 2010.

APPEARANCES:

        RAJ PRASAD P68519
        Assistant Prosecuting Attorney
        Wayne County Prosecutor's Office
        1441 St. Antoine
        Detroit, MI 48226
        (313) 224-6804

        SUSAN ROCK P34497
        Attorney for the Defendant.
        P.O Box 39287
        Redford MI 48239
        (313) 937-4444

SEAN E. ALLEN
Official Court Reporter
CSMR 5265
(313) 224-7044

TABLE OF CONTENTS

WITNESSES:   NONE.

EXHIBITS:    NONE.

```
1                    Detroit, Michigan.
2                    December 14, 2010.
3                    (At 12:33 p.m.)
4                    THE COURT:  Mr. Prosecutor, why can't we
5      make any traction on this case?  It's the ninth time or
6      the tenth time.
7                    MR. PRASAD:  I, you know, and what I did was
8      because some of the, the recalcitrance on our part was
9      because we did not want to give some of the addresses
10     and phone numbers.  In the end, we ended up just giving
11     up addresses and phone numbers because we couldn't get
12     cooperation from our witnesses.  So...
13                   THE COURT:  Well, how come you can't get
14     cooperation for those subpoena?  You can subpoena them
15     to be where you want them to be--
16                   MR. PRASAD:  (Interposing)  Oh, no.
17                   THE COURT:  Without disclosing their
18     addresses.
19                   MR. PRASAD:  True. No.  No.  And that's,
20     and that's why were, you know, we tried to resolve it
21     all.  In terms of, I think, I don't know if Ms. Rock
22     told you, in terms of the elderly couple, they did do
23     their interviews of the elderly couple.
24                   MS. ROCK:  That's correct.
25                   THE COURT:  Right.
```

```
 1              MR. PRASAD:  And then in terms of
 2   Investigator Simon, I just got off the phone with her
 3   and we scheduled that for next Tuesday at 11:00 and I'm
 4   going to subpoena her for that.
 5              THE COURT:  Okay.  How's the other stuff
 6   coming?
 7              MR. PRASAD:  I think MSP, they've already
 8   did, we've already submitted the stuff to MSP and MSP
 9   said they were going to have it ready by, before the
10   trial date.  When I spoke to the lieutenant -- Was it
11   last week or the week before that we were talking to the
12   lieutenant?  It was last--
13              MS. ROCK:  (Interposing)  Last week.
14              MR. PRASAD:  It was last week, I believe.
15              THE COURT:  I thought I had asked them to do
16   that way before then.  Wasn't there a date on there?
17              MS. ROCK:  There was.  What you wanted, your
18   Honor, is that, at least I hope this is what you wanted,
19   he was, the OIC was supposed to make the transfer by the
20   7th and then--
21              THE COURT:  (Interposing)  I thought they
22   were supposed to conduct it before the 17th or by the
23   17th or some date.  No?
24              MS. ROCK:  You know what, I -- You know, you
25   might be right, your Honor.  And I think I was the one
```

```
 1       that was, I gave them an additional day.  And I--
 2                 THE COURT:  (Interposing)  Oh, you did.
 3                 MS. ROCK:  I think I forgot.  I apologize.
 4                 THE COURT:  That's just so...
 5                 MS. ROCK:  Sorry.  I would not have done
 6       that if I would have remembered that you would have said
 7       that.  And I apologize.
 8                 THE COURT:  I thought it was in the order.
 9                 MS. ROCK:  Yeah.  That was...
10                 THE COURT:  So, what do you think?  Do you
11       think the longer this trial has been set that the more
12       we find that there is to do?  And who would have
13       actually been ready to go by the original trial date?
14       Would anybody have?
15                 MR. PRASAD:  Judge, I think I would have,
16       but that's not the issue.  I mean, these are issues that
17       the defense is requesting, like this additional testing.
18       I don't think it's going to answer the question in the
19       way the defense wants it to.  And that's -- But I don't
20       -- I'm not standing in the way of her seeking additional
21       testing.
22                 THE COURT:  Let's just say, absent any of
23       these other things, the inability to interview witnesses
24       is just blowing my mind.  Let's just isolate that.  And
25       shouldn't a person be able to find out what witnesses
```

1    say before they take the witness stand?
2              MR. PRASAD:  I understand, Judge.  I'm not--
3              THE COURT:  (Interposing)  I mean, that's
4    just, you know -- The rest is scientific.  People have
5    tried cases on less.
6              MR. PRASAD:  Right.
7              THE COURT:  But still, that doesn't take
8    any, you know, take anything anywhere.  It doesn't cost
9    any money.  It doesn't use resources.  I mean, that's
10   the part that I don't understand.
11             MR. PRASAD:  And, I mean, part of the
12   problem that we've run into, and both Ms. Rock and I
13   have run into the same problem, is that some of the
14   witnesses who she wanted to interview or even one of the
15   witnesses that we wanted to bring to trial, they've
16   flown the coop.
17             THE COURT:  Well, you know what?  I've
18   always said that the police should conduct interviews
19   with res gestae witnesses soon to the time.
20             MR. PRASAD:  They did.  All these witnesses
21   that we're talking about are ones where there are
22   interview statements by the police conducted either that
23   day or soon after.
24             THE COURT:  Except?
25             MS. ROCK:  Except the problem is we found

```
 1      out by one of the witnesses, by--
 2               THE COURT:  (Interposing)  Right.  The
 3      discovery issue of the--
 4               MR. PRASAD:  (Interposing)  The line-up.
 5               THE COURT:  The line-up.
 6               MR. PRASAD:  Right.
 7               THE COURT:  And, you know, officer in
 8      charge.  It's like, come on, man.
 9               MR. PRASAD:  We all had the same reaction
10      the same day.
11               THE COURT:  Right.  Come on.  What else,
12      what else have you done?  All right.  What date is this?
13      The 10th?  I only have two more trials to get rid of
14      before we can do this on the 10th.  But I'm optimistic.
15               MR. PRASAD:  Okay.
16               THE COURT:  Because there are just two and
17      each one of them is a four-bagger.  You make them clash
18      so they'll have to wear their corners out.  And so that
19      then they can just turn on their own axis and they'll be
20      fine.  But, no.  This is what we're going to do on the
21      10th.
22               MR. PRASAD:  Good.
23               THE COURT:  So, don't, don't--
24               MR. PRASAD:  (Interposing)  Good.
25               THE COURT:  Don't be even -- Judge Morrow,
```

```
 1      I've got two other.  We'll be bringing the young fellow
 2      and this is the jury we will be picking.
 3                  MR. PRASAD:  Thank you, Judge.
 4                  THE COURT:  I guess I'm always kept informed
 5      because there's another motion that Ms. Rock sends me
 6      when things don't go as they should.  But just let me
 7      know if things are progressing--
 8                  MR. PRASAD:  (Interposing)  Yes, sir.
 9                  THE COURT:  As they should or -- Don't let
10      it get to be Christmas Eve and somebody trying to find
11      me.  Judge, we don't have the report from the state
12      police and--
13                  MR. PRASAD:  (Interposing)  I'm not working
14      Christmas Eve, Judge, but I will be here the day after
15      Christmas, if you need me.
16                  THE COURT:  No.  No.  No.  I will be here
17      that Wednesday.  And that's the last day that I will be
18      here until after the new year.  So, that Wednesday is
19      the 22nd.
20                  MS. ROCK:  Thank you, your Honor.  Thank you
21      very much.
22                  (At 12:39 p.m. proceedings concluded.)
23
24
25
```

R E P O R T E R ' S   C E R T I F I C A T E

STATE OF MICHIGAN  )
                SS )
COUNTY OF WAYNE    )

      I, SEAN E. ALLEN, CSMR 5265, Certified Court Reporter acting in and for the Third Judicial circuit, Wayne County, State of Michigan, do hereby certify that the foregoing pages 1 through 9, inclusive, were reduced to typewritten form and comprise a true rendition of the proceedings taken in the above-entitled matter on December 14, 2010.

      I FURTHER CERTIFY THAT MY CERTIFICATION ANNEXED HERETO APPLIES ONLY TO THE ORIGINAL TYPEWRITTEN, SIGNED, CERTIFIED TRANSCRIPT.  THE UNDERSIGNED ASSUMES NO RESPONSIBILITY FOR THE ACCURACY OF ANY REPRODUCED COPIES NOT MADE UNDER MY CONTROL AND SUPERVISION.

                                    _____
                                    SEAN E. ALLEN -- CSMR 5265
                                    Official Court Reporter.

DATED:  This 30th day of May 2012.