STATE OF MICHIGAN

IN THE THIRD CIRCUIT COURT FOR THE COUNTY OF WAYNE

THE PEOPLE OF THE STATE OF MICHIGAN

      v                        Case Number
                               10-5562-01


DEONTE HOWARD

                           Defendant.

_____/

JURY TRIAL

PROCEEDINGS HELD BEFORE THE HONORABLE BRUCE U. MORROW

Judge, Third Circuit Court, Detroit, Michigan, on

January 14, 2011.

APPEARANCES:

RAJ PRASAD P68519
Assistant Prosecuting Attorney
Wayne County Prosecutor's Office
1441 St. Antoine
Detroit, MI 48226
(313) 224-5818



SUSAN ROCK P34497
24500 Ford Rd.
Dearborn Heights, MI 48127
(313) 967-4444




Sean Allen
Official Court Reporter
CSMR 5265

TABLE OF CONTENTS

WITNESSES:  NONE.


EXHIBITS:  NONE.

1

2

3

4

5

6

7

1                    Detroit, Michigan.

2                    Thursday, January 14, 2011.

3                    (At 11:42 a.m. court in session.)

4                    (At 11:42 a.m. jury enters the courtroom.)

5                    THE COURT:  We are ready for you.  Are you

6        all ready to listen?  Sorry it took a little longer.

7        Twelve?  Okay.  I know.  It feels like you're taking an

8        SAT test, right?  That's those number two pencils.

9        We're going to listen to the longest one first, the one

10       that was Tuesday.  I think Mr. Allen told me it was

11       thirty or thirty-five minutes.  And then the second one

12       is about twelve minutes long.

13                   So then, you know, I'm just going to look at

14       you all, smile and...  In the meantime, I'm going to

15       make a little coffee and I'm going to disappear.  I'm

16       not going to stay out here and listen with you.  I'm

17       going to go back in the back.  Okay?

18                   (Whereupon the testimony of MACARIO HARRIS

19                   and FREDERICK McFADDEN was played before

20                   the jury.)

21                   THE COURT:  I hope that is sufficient.  So,

22       let me know when you want to go to lunch.  If you want

23       to go to lunch, just send me out a note or however

24       you're going to do it.  Okay?

25                   (At 12:30 p.m. jury leaves the courtroom.)

1            MR. PRASAD:  Is the Court going to give them

2    a lunch break, if they want?

3            THE COURT:  What I was telling them on their

4    way in was, because one said something, and I said

5    listen.  It's just like every day.  If you all want to

6    take a lunch, tell me how long you want to take.  Just

7    write me out a little letter.

8            Well, you know, just sit for at least five

9    minutes.  Because I'm sure if they want to go to lunch,

10   they'll let us know and they'll let us know the length

11   of time they would like.

12           MR. PRASAD:  Yes, sir.

13           (At 12:31 p.m. proceedings concluded.)

14

15

16

17

18

19

20

21

22

23

24

25

R E P O R T E R ' S   C E R T I F I C A T E

STATE OF MICHIGAN  )
                SS )
COUNTY OF WAYNE    )

       I, SEAN E. ALLEN, CSMR 5265, Certified Court Reporter acting in and for the Third Judicial circuit, Wayne County, State of Michigan, do hereby certify that the foregoing pages 1 through 5, inclusive, were reduced to typewritten form and comprise a true rendition of the proceedings taken in the above-entitled matter on January 14, 2012.

       I FURTHER CERTIFY THAT MY CERTIFICATION ANNEXED HERETO APPLIES ONLY TO THE ORIGINAL TYPEWRITTEN, SIGNED, CERTIFIED TRANSCRIPT.  THE UNDERSIGNED ASSUMES NO RESPONSIBILITY FOR THE ACCURACY OF ANY REPRODUCED COPIES NOT MADE UNDER MY CONTROL AND SUPERVISION.

                         _____
                         SEAN E. ALLEN -- CSMR 5265
                         Official Court Reporter.

DATED:  This 4th day of May 2012.