STATE OF MICHIGAN

IN THE THIRD CIRCUIT COURT FOR THE COUNTY OF WAYNE

THE PEOPLE OF THE STATE OF MICHIGAN

        v              Case Number

                      10-5562-01

DEONTE HOWARD

               Defendant.

_____/

PRETRIAL

PROCEEDINGS HELD BEFORE THE HONORABLE BRUCE U. MORROW, Judge, Third Circuit Court, Detroit, Michigan, on April 22, 2011.

APPEARANCES:

        RAJ PRASAD P68519
        Assistant Prosecuting Attorney
        Wayne County Prosecutor's Office
        1441 St. Antoine
        Detroit, MI 48226
        (313) 224-6804

        W. FREDERICK MOORE P33341
        Attorney for the Defendant.
        11954 Wisconsin Street
        Detroit, MI 48204
        (313) 418-1253

SEAN E. ALLEN
Official Court Reporter
CSMR 5265
(313) 224-7044

TABLE OF CONTENTS

WITNESSES: NONE.

EXHIBITS: NONE.

```
 1                    Detroit, Michigan.
 2                    April 22, 2011.
 3                    (At 9:23 a.m.)
 4                    THE COURT:  This is People of the state of
 5      Michigan on this Good Friday versus Deonte Howard, 10
 6      5562.  Your appearances, for the record, please.
 7                    MR. PRASAD:  Good morning, your Honor.  Raj
 8      Prasad for the People.
 9                    MR. MOORE:  Good morning, your Honor.  W.
10      Frederick Moore appearing on behalf of Mr. Howard.
11                    THE COURT:  Gentlemen--
12                    MR. PRASAD:  (Interposing)  We're here at my
13      request.  I spoke with counsel about this a little while
14      ago and I mentioned this to the Court off the record.
15      Monday, we were originally scheduled for trial.  I'm
16      actually going to be in Lawrence, Kansas on Monday.  So,
17      I was asking if--
18                    THE COURT:  (Interposing)  Chasing down
19      Dorothy.
20                    MR. PRASAD:  I'm speaking at the law school
21      there.  So, I was going to ask the Court and counsel if
22      we could adjourn the trial.  I'm not asking to adjourn
23      it for very long.  I think counsel and I both worked out
24      a date of May 9th.
25                    THE COURT:  Okay.  We will schedule it on
```

```
 1    May the 9th.
 2              MR. PRASAD:  Thank you.
 3              THE COURT:  Mr. Moore, it's come to my
 4    attention that you have not officially consented to
 5    represent Mr. Howard.  And you would like to do so?
 6              MR. MOORE:  Yes.  I would, Judge.
 7              THE COURT:  And I'm pleased that you would
 8    like to do so.  So, the two of you have whatever
 9    discovery has passed between everybody?  I know that the
10    transcripts are there.
11              MR. MOORE:  I've got--
12              MR. PRASAD:  (Interposing)  I've got my
13    copy.
14              MR. MOORE:  I've got my copy.
15              MR. PRASAD:  So, I think we have everything
16    we need at this point.
17              MR. MOORE:  Yeah.  I've got the file, a box
18    full.
19              THE COURT:  There you go.  My only question
20    is, is it the same information -- I'm sorry.  The same
21    witness list as the last time?
22              MR. PRASAD:  Yes, sir.  There are no
23    additional witnesses I can think of.
24              THE COURT:  Okay.
25              MR. PRASAD:  There's nothing else.
```

```
 1                    THE COURT:  Okay.  We'll schedule this thing
 2          May the 9th then, at 8:30.  Mr. Wood, if you'll let them
 3          all sign that for me, please.
 4                    MR. MOORE:  I'll pop in the beginning of the
 5          week, Judge, and take care of the other paperwork.
 6                    (At 9:25 a.m. proceedings concluded.)
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

R E P O R T E R ' S   C E R T I F I C A T E

STATE OF MICHIGAN  )
                SS )
COUNTY OF WAYNE    )

       I, SEAN E. ALLEN, CSMR 5265, Certified Court Reporter acting in and for the Third Judicial circuit, Wayne County, State of Michigan, do hereby certify that the foregoing pages 1 through 6, inclusive, were reduced to typewritten form and comprise a true rendition of the proceedings taken in the above-entitled matter on April 22, 2011.

       I FURTHER CERTIFY THAT MY CERTIFICATION ANNEXED HERETO APPLIES ONLY TO THE ORIGINAL TYPEWRITTEN, SIGNED, CERTIFIED TRANSCRIPT.  THE UNDERSIGNED ASSUMES NO RESPONSIBILITY FOR THE ACCURACY OF ANY REPRODUCED COPIES NOT MADE UNDER MY CONTROL AND SUPERVISION.

                                      _____
                                      SEAN E. ALLEN -- CSMR 5265
                                      Official Court Reporter.

DATED:  This 30th day of May 2012.