```
                    STATE OF MICHIGAN

      IN THE THIRD CIRCUIT COURT FOR THE COUNTY OF WAYNE

      THE PEOPLE OF THE STATE OF MICHIGAN


                v                    Case Number
                                     10-5562-01


      DEONTE HOWARD

                              Defendant.

      _____/

                         SENTENCE

         PROCEEDINGS HELD BEFORE THE HONORABLE BRUCE U. MORROW,

      Judge, Third Circuit Court, Detroit, Michigan, on

      May 27, 2011.

      APPEARANCES:

                    RAJ PRASAD P68519
                    Assistant Prosecuting Attorney
                    Wayne County Prosecutor's Office
                    1441 St. Antoine
                    Detroit, MI 48226
                    (313) 224-6804

                    W. FREDERICK MOORE P33341
                    Attorney for the Defendant.
                    11954 Wisconsin Street
                    Detroit, MI 48204
                    (313) 418-1253


      SEAN E. ALLEN
      Official Court Reporter
      CSMR 5265
      (313) 224-7044
```

-1-

TABLE OF CONTENTS

WITNESSES: NONE.

EXHIBITS: NONE.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21

```
 1                     Detroit, Michigan.
 2                     May 27, 2011.
 3                     (At 9:05 a.m. court in session.)
 4                     THE COURT:  Good morning, one and all.  This
 5      is the People of the state of Michigan versus Deonte
 6      Howard.  This is 10 5562.  Introduce yourselves.  Put
 7      your names on the record, please.
 8                     MR. PRASAD:  Good morning, your Honor.  Raj
 9      Prasad for the People.
10                     MR. MOORE:  Good morning, your Honor.  May
11      it please this Honorable Court, W. Frederick Moore
12      appearing on behalf of Mr. Howard in this matter.
13                     I've had an opportunity to review the
14      presentence report.  It appears to be factually correct.
15      I would object to though to the assessment of fines and
16      costs in this matter, since they were previously
17      assessed as per the prior conviction.
18                     THE COURT:  Okay.  The People wish to be
19      heard?
20                     MR. PRASAD:  Just briefly.  The -- In this
21      report for this actual count, there was no mention of
22      funeral expenses because they did not have contact with
23      the victim.  However, the victim was contacted for the
24      prior sentencing and the funeral expenses on that case,
25      I mean, at that time were $5,900.  So, we're just asking
```

```
 1      for the Court to assess the funeral expenses of $5,900
 2      for this charge.  Nothing else.
 3                   THE COURT:  Okay.  Mr. Howard, is there
 4      anything that you would like to say before I impose
 5      sentence?
 6                   THE DEFENDANT:  No.
 7                   THE COURT:  Okay.  It's a mandatory
 8      sentencing.  So, the Court will impose the mandatory
 9      sentence of life in prison.  The three hundred and
10      eighty-two days will go concurrent with the other count
11      that is in this case.  The assessment of restitution
12      will be $5,900.
13                   Because this was a trial, Mr. Howard, you
14      have an absolute right to appeal your sentence and your
15      convictions.  If you wish to appeal and can't afford a
16      lawyer, one will be provided to you.  The form that you
17      have explains what you need to do.  But the explanation
18      simply is within the time frame of forty-one days you
19      need to return that to us if you wish to have the
20      assistance of a Court-appointed lawyer to perfect your
21      appeal.
22                   MR. MOORE:  What's today's date?
23                   THE COURT:  Today's date is the 27th.
24                   (At 9:07 a.m. proceedings concluded.)
25
```

R E P O R T E R ' S   C E R T I F I C A T E

STATE OF MICHIGAN  )
              SS  )
COUNTY OF WAYNE    )

        I, SEAN E. ALLEN, CSMR 5265, Certified Court Reporter acting in and for the Third Judicial circuit, Wayne County, State of Michigan, do hereby certify that the foregoing pages 1 through 5, inclusive, were reduced to typewritten form and comprise a true rendition of the proceedings taken in the above-entitled matter on May 27, 2011.

        I FURTHER CERTIFY THAT MY CERTIFICATION ANNEXED HERETO APPLIES ONLY TO THE ORIGINAL TYPEWRITTEN, SIGNED, CERTIFIED TRANSCRIPT.  THE UNDERSIGNED ASSUMES NO RESPONSIBILITY FOR THE ACCURACY OF ANY REPRODUCED COPIES NOT MADE UNDER MY CONTROL AND SUPERVISION.

                                      _____
                                      SEAN E. ALLEN -- CSMR 5265
                                      Official Court Reporter.

DATED:  This 10th day of July 2012.