UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DEONTE HOWARD,

    Petitioner,                   Case No. 5:16-CV-13131

v.                                 HONORABLE JOHN CORBETT O'MEARA
                                    UNITED STATES DISTRICT JUDGE

THOMAS MACKIE,

    Respondent,
_____/

## JUDGMENT

The above entitled came before the Court on a Petition for Writ of Habeas Corpus.

In accordance with the Opinion and Order entered on May 17, 2017;

    (1) The Petition for Writ of Habeas Corpus is DENIED WITH PREJUDICE.

    (2) A Certificate of Appealability is DENIED.

    (3) Petitioner is DENIED leave to appeal *In Forma Pauperis.*

Dated at Ann Arbor, Michigan, this 17th day of May, 2017.

                                                    DAVID J. WEAVER
                                                    CLERK OF THE COURT

APPROVED:

                                                    BY: s/William Barkholz
                                                    DEPUTY CLERK

s/John Corbett O'Meara
United States District Judge